UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| SHARMAKE ABDIRAHMAN AHMED, | ) |
| Petitioner, | ) |
| v. | ) Case No.: 4:17-cv-00245-LSC-SGC |
| SCOTT HASSEL, Warden, et al., | ) |
| Respondents. | ) |

## MEMORANDUM OPINION

This case is before the court on Respondents' Motion to Dismiss as Moot, filed March 14, 2017. (Doc. 4). In the motion, Respondents note Petitioner was removed from the United States on March 9, 2017. (Doc. 4-1 at 1). Because Petitioner has been removed, the court can no longer provide meaningful relief. Thus, the court finds that the petition for writ of habeas corpus is moot. *See Nyaga v. Ashcroft*, 323 F.3d 906, 913 (11th Cir. 2003). Accordingly, Respondents' motion to dismiss is due to be granted, and the petition is due to be dismissed.

A separate order will be entered.

DONE AND ORDERED ON MARCH 17, 2017.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE

160704